**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SEBASTIAN LEIGH ECCLESTON, ) | No. CV 12-3999-JSL(CW) |
| Petitioner, ) | JUDGMENT |
| v. ) | |
| UNITED STATES OF AMERICA, ) | |
| Respondent. ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATED: June 3, 2013

*Spencer Letts*

———————————————
J. SPENCER LETTS
United States District Judge