**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SEBASTIAN LEIGH ECCLESTON, ) <br> ) <br>         Petitioner, ) <br> ) <br>    v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br>         Respondent. ) <br> _____) | No. CV 12-3999-JSL(CW) <br><br> JUDGMENT |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATED: June 3, 2013

*/s/ Spencer Letts/*

                         J. SPENCER LETTS
                  United States District Judge